UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| **BRAD GUIDRY** | * | **CIVIL ACTION NO. 09-1906** |
| **VERSUS** | * | **JUDGE MELANÇON** |
| **COMMISSIONER OF SOCIAL SECURITY** | * | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation [Rec. Doc. 12]. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly, it is therefore

**ORDERED** that plaintiff's case be **DISMISSED** with prejudice.

Lafayette, Louisiana, this 10th day of June, 2011.

Tucker L. Melançon
UNITED STATES DISTRICT JUDGE